AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

V.   CASE NUMBER: **07-C-20**
   **(92-Cr-113)**

**JOHN ERIC SANDLES**,

Movant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that John Eric Sandles' petition pursuant to Title 28, United States Code, Section 2255, is DENIED. This is a successive motion and John Eric Sandles has not obtained authorization from the Court of Appeals to file a successive motion.**
**This case is hereby DISMISSED.**

**January 19, 2007**
Date

Clerk

 s/ Linda M. Zik
(By) Deputy Clerk